Peter Johnson (State Bar No. 252542)
Email: peter@peterjohnsonlaw.com
Peter Johnson Law, P.C.
409 N. Pacific Coast Hwy, 651
Redondo Beach, California 90027
Telephone: (310) 295-1785

Attorney for Defendant
VAHE DADYAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-579-SVW |
| Plaintiff, | **DEFENDANT VAHE DADYAN'S REQUEST FOR LIMITING INSTRUCTION RELATED TO CERTAIN TRIAL TESTIMONY AND EVIDENCE** |
| v. | |
| VAHE DADYAN (Defendant #8) | |
| Defendant | |

Defendant Vahe Dadyan, through his counsel, Peter Johnson, hereby requests limiting instructions related to certain trial testimony and evidence.

DATED: June 16, 2021

Respectfully submitted,
By: _____/s/_____
PETER JOHNSON
Attorney for Defendant Vahe Dadyan

1

## REQUEST FOR LIMITING INSTRUCTIONS

On June 13, 2021, the Court granted the government's Motion *in Limine* No. 2 to admit evidence inextricably intertwined with the charged offenses [Doc. # 517]. In his joinder to Defendant Richard Ayvazyan's Opposition to Motion *in Limine* No. 2 [Doc. # 420 and #424], Defendant Vahe Dadyan requested that the Court read a limiting instruction to the jury if the evidence is admitted.

Pursuant to Federal Rule of Evidence 105, Defendant Vahe Dadyan requests that the Court read the following limiting instruction immediately before the introduction of any testimony or documents related to any evidence inextricably intertwined with the charged offenses as referenced in the government's Motion in *Limine* No. 2 and the Court's Order.

> **You (are about to hear)(describe testimony or exhibit). You can consider (this testimony)(this exhibit) only in the case against Defendants (Richard Ayvazyan, Marietta Terabelian, and Artur Ayvazyan). You must not consider this evidence in the case against Mr. Vahe Dadyan. Each defendant is entitled to have his or her case decided just on the evidence which applies to him or her.**

Mr. Dadyan further requests that the Court order the government to advise the Court before the admission of such evidence, so that the Court can read the limiting instruction in advance of the anticipated testimony.

Additionally, because Mr. Dadyan is not charged in any of the counts charging identity theft, and many of the anticipated government witnesses offer evidence unrelated to Mr. Dadyan, undersigned counsel further request that the Court read the

above limiting instruction at the beginning of the testimony of the following government witnesses:

| Government Witness | Subject of Anticipated Testimony |
|---|---|
| M.Z. | Witness is a victim of identity theft as alleged in Count 21. |
| J.R. | Witness is a victim of identity theft. |
| A.F. | Witness is a victim of identity theft as alleged in Count 23. |
| M.H. | Witness is a victim of identity theft as alleged in Count 25. |
| Officer Theodora Y. Louissaint, Custom and Border Patrol | Witness will testify regarding the Miami airport arrest of Defendant's Richard Ayvazyan, Marietta Terabelian. |
| Officer Adrian Rosado, Custom and Border Patrol | Witness will testify regarding the Miami airport arrest of Defendant's Richard Ayvazyan, Marietta Terabelian. |
| Artur Hakopyan, Armenian Language Translator | Witness will testify regarding the foreign language jail calls. |
| Amira Halum | Witness will summarize communication with Defendant Richard Ayvazyan in connection with the purchase of real estate |
| Anthony Farrer | Witness will summarize communications with Defendant Richard Ayvazyan in connection with the purchase of |

DATED: June 16, 2021        Respectfully submitted,

By: _____/s/_____
PETER JOHNSON
Attorney for Defendant Vahe Dadyan

3