Peter Johnson (State Bar No. 252542)
Email: peter@peterjohnsonlaw.com
Peter Johnson Law, P.C.
409 N. Pacific Coast Hwy, 651
Redondo Beach, California 90027
Telephone: (310) 295-1785
Fax: (213) 319-2907

Attorney for Defendant
VAHE DADYAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-579-SVW-8 |
| Plaintiff, | **SENTENCING LETTERS** |
| v. | <u>Sentencing Hearing</u>: **October 18, 2021** |
| VAHE DADYAN (Defendant #8) Defendant | |

Defendant Vahe Dadyan, through his counsel, Peter Johnson, hereby submits the attached letters to be considered at the October 18, 2021 sentencing hearing.

DATED: October 16, 2021

Respectfully submitted,
By: _____/s/_____
PETER JOHNSON
Attorney for Defendant Vahe Dadyan

1

October 10, 2021

To Whom It May Concern:

Subject: Letter In Support of Vahe Dadyan

My name is Hayk Stepanyan. I am a fifth-year orthopedic surgery resident at University of California, Irvine. I have known Vahe for 20 years and would love to share my thoughts about who he is. I am hoping that my letter will portray Vahe in my subjective, yet very positive color.

Vahe is my mother's second cousin.  We both grew up in Armenia, a few streets away from each other.  As such, I would see him often when visiting my maternal grandmother's house. He was a bit older than me and I always looked up to him for advice and guidance. He was also a good chess player and took the time to play with me, although I was many years his junior.

Vahe came to the United States a couple of years before I did. When my family and I arrived, Vahe was here to support us with getting accustomed to a new country, language, and culture.  Over the years, despite my busy schedule with medical school and residency, we always stayed in touch at least over the phone.

Vahe's mother was admitted to hospital with kidney failure, requiring multiple medical procedures, and as a physician, I was indirectly involved in her care. Thankfully, she was able to receive a renal transplantation. The transplantation, although a very successful procedure, requires multiple immunosuppressive medications in addition to constant lab monitoring and doctor appointments. In addition, as a side effect of the immunosuppressive medicine and her generalized condition, she recently sustained musculoskeletal injuries and relies on Vahe for mobility and transportation. Vahe's dedication and manner with which he cares for his mother has always been something I have admired. They have always had a special bond.

I have recently learned that Vahe is awaiting a sentencing. Over the last 20 years, I have only known Vahe as a trustworthy and hardworking individual, who cares for the people around him. He has a family with young children and a mother who requires significant medical help, so I'm very hopeful he can be around to provide the much-needed support to his family.  I'm available for any additional information you may require from me as Vahe's character witness.

Best regards,

Hayk Stepanyan, MD
Orthopedic Surgery Resident
University of California, Irvine
(323) 459-3323
haykstepanyan2016@gmail.com

October 11, 2021

To Whom It May Concern:

Subject: Letter In Support of Vahe Dadyan

My name is Arevik Stepanyan.  I am a resident of Los Angeles, CA.  I currently work as a Director of Business and Legal Affairs at Fox Entertainment.  I write this letter in support of my mother's cousin, Vahe Dadyan, who I have known for almost the entirety of my life.

Vahe and I grew up in the same neighborhood in Yerevan, Armenia. He lived right next to my maternal grandmother, and I spent significant time with him during my childhood. He was quite a few years older than me but always took the time to ask me about school, offer support and guidance, and just be available for anything I needed. Vahe was very supportive of my elderly grandmother and my aunt, always bringing them groceries or helping out with the house, which we all appreciated.

Vahe immigrated to the United States in 2005. I know he struggled significantly as a new immigrant to learn English, to find a job, and to support his family. Vahe's mother unfortunately has had health issues, requiring a renal transplantation, and I know that Vahe has been there every step of the way to care and provide for his mother physically, mentally, and financially. My family was also so happy to witness Vahe marry the love of his life and start his own family.  He has two young boys, who have grown up with so much love and look up to their father. Vahe's wife is also a hard working individual, who has been studying very hard to become a Registered Nurse.

In all the time I've known Vahe, he has been a trustworthy and decent person. He has always been a supportive and helpful son to his parents, brother to his sister, Naira Dadyan, and now a husband and father. I was extremely saddened to hear about the situation he is in currently, and I do not believe these circumstances are representative of who he is as a person.

I write this letter to respectfully ask for leniency in Vahe's sentencing. I know that given the opportunity, he will do anything in his power to be the stand-up individual his family and friends believe him to be and to work hard to provide for his parents and for his individual family.

If I can provide any additional information, please don't hesitate to contact me.  Thank you for your time and consideration.

Best,
Arevik Stepanyan
(323) 472-3323
arevik.a.stepayan@gmail.com

October 12, 2021


To Whom It May Concern:


Subject: Character Reference Letter in support of Vahe Dadyan


Respected Authorities

My Name is Vergine Avagova; I work as an Accounts Payable Supervisor at High Liner Foods, INC. I write this letter to you in support of my husband's nephew, Vahe Dadyan

I met Vahe in 2005, when he immigrated to the United States. I can say that in all the time I have known him, Vahe has been decent, loyal, honest, considerate, hard working and supportive individual. He has always been there for my family when we needed a help and support. He is a good husband and a father, brother and a son. He is an honorable individual and valuable member of our family and a good human being.

I was both troubled and surprised to hear about this incident as he has always been and still is a rather solid person. I can assure that Vahe has been accused wrongly.

It is my sincere hope that the court takes this letter into consideration and the time of the sentencing


Thank you for accepting and taking time to read my letter


Sincerely,

Vergine Avagova
(213) 300 1574
avagovavergine@yahoo.com