UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

( _____ Amended _____ )

Case No.  2:20-cr-00579-SVW                                         Date: October 18, 2021

Present: The Honorable:  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Katie Thibodeaux | Christopher Fenton/Brian Faerstein |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Vahe Dadyan | ☐ | ☒ | Peter Johnson | ☐ | ☐ | ☒ | Zarreh Martin |

**PROCEEDINGS:**  SENTENCING AND JUDGMENT    ☐ Contested  ☒ Non-Evidentiary
Day \_\_\_  (if continued from a prior hearing date)

☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.  **X** Refer to separate Judgment Order.
☐ Imprisonment for \_\_\_ years/months on each of count(s)_____
   Count(s) _____ concurrent/consecutive to count(s)_____
☐ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
☐ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
☐ Confined in jail-type institution for_____ to be served on consecutive days/weekends
   commencing _____
☐ _____ years/months Supervised Release/Probation imposed on count(s) _____
   consecutive/concurrent to count(s) _____
   under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and
   conditions, under the direction of the Probation Office:

   ☐ Perform _____ hours of community service.  ☐ Pay _____ fine amounts & times determined by P/O.
   ☐ Serve _____ in a CCC/CTC.  ☐ Make $_____ restitution in amounts & times determined by PO.
   ☐ Participate in a program for treatment of narcotic/alcohol addiction.
   ☐ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with
      rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision
      report to the nearest P/O within 72 hours.
   ☐ Other conditions:_____

☐ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the
   defendant does not have the ability to pay.
☐ Pay $_____ per count, special assessment to the United States for a total of $ _____
☐ Imprisonment for\_\_\_\_\_months/years and for a study pursuant to 18 USC _____
   with results to be furnished to the Court within \_\_\_\_\_ days/months whereupon the sentences shall be subject to modification. This
   matter is set for further hearing on _____
☐ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
☐ Defendant informed of right to appeal.
☐ ORDER sentencing transcript for Sentencing Commission.  ☐ Processed statement of reasons
☐ Bond Exonerated  ☐ upon surrender  ☐ upon service of_____
☐ Execution of sentence is stayed until 12 noon, _____
   at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the
   U.S. Marshal.
☐ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
   Issued Remand/Release #_____
☐ Present bond to continue as bond on appeal.  ☐ Appeal bond set at $ _____
☐ Filed and distributed judgment.  ENTERED.
☐ Other _____

cc:                                                                                              : 30
                                                             **Initials of Deputy Clerk**   PMC