**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **December 29, 2021**, I served a copy of: **STIPULATION RECOGNIZING LIEN OF ENCORE SERIES COMMUNITY INC. IN REAL PROPERTY LOCATED IN PALM DESERT, CALIFORNIA, WITH ASSESSOR'S PARCEL NUMBER: 694-331-008 and [PROPOSED] ORDER** upon each person or entity named below by attaching a copy to an e-mail provided by the receiving person or entity per request of the receiving person or entity.

**TO karen@krg-law.com**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **December 29, 2021** at Los Angeles, California.

                                          /s/ *S. Beckman*
                                        SHANNEN BECKMAN

EXHIBIT A